No. 72–1548. Schechter v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–1549. Thompson v. Groshens et al. C. A. 3d Cir. Certiorari denied.

No. 72–1551. Strom v. Strom. C. A. 8th Cir. Certiorari denied.

No. 72–1552. Edelstein v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–1553. Mulligan et al. v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–1555. Godfroy et al. v. United States. Ct. Cl. Certiorari denied.

No. 72–1556. Echols, aka Page v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–1559. Hertz Corp. v. Cox et al. C. A. 5th Cir. Certiorari denied.

No. 72–1560. National Family Insurance Co. v. Exchange National Bank of Chicago. C. A. 7th Cir. Certiorari denied.

No. 72–1563. Waite et al. v. F. P. Plaza, Inc., et al. Sup. Ct. Ga. Certiorari denied.

No. 72–1564. Bernabei v. United States. C. A. 6th Cir. Certiorari denied.